UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| Reginald L. Young, )<br>)<br>)<br>   Petitioner(s) )<br>)<br>   vs. )<br>)<br>Jeff Norman, )<br>)<br>)<br>   Respondent(s) ) | Case No. 1:10cv00191DJS |

## **ORDER**

The above styled and numbered case was filed on November 22, 2010 and randomly assigned to the Honorable Donald J. Stohr , United States District Judge.

After a review of the case, the Clerk's Office found that the case was opened incorrectly. The case should have been assigned to our Eastern Division. Accordingly, the case has been transferred to our Eastern Division and given Case No. 4:10cv02186 and randomly assigned to Honorable David D. Noce, United States Magistrate Judge.

Dated this 23rd Day of November, 2010.

                                                                         JAMES G. WOODWARD
                                                                         CLERK

                                                                         By: /s/ Karen Moore
                                                                             Deputy Clerk

**Please note the new case number: 4:10cv02186DDN.**